# FINANCIAL DISCLOSURE REPORT
## INITIAL FILING

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>Crawford, Karen S. | 2. Court or Organization<br><br>U.S. District Court, Southern District of California | 3. Date of Report<br><br>07/24/2012 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. Magistrate Judge | 5a. Report Type (check appropriate type)<br><br>☐ Nomination    Date<br>☑ Initial    ☐ Annual    ☐ Final<br><br>5b. ☐   Amended Report | 6. Reporting Period<br><br>01/01/2011<br>to<br>06/30/2012 |

| 7. Chambers or Office Address<br><br>U.S. Courthouse<br>940 Front Street, Suite 1186<br>San Diego, Ca. 92101 |
|---|
| *IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Insert signature on last page.* |

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Member, Executive Board | Wallace Chapter, American Inn of Court |
| 2. | Member, Executive Board | Welsh Chapter, American Inn of Court |
| 3. | Member | Council of Visitors, California Western School of Law |
| 4. | Trustee | Trust No. 1 |
| 5. | Trustee | Trust No. 2 |
| 6. | Co-Trustee | Trust Nos. 3, 4 |
| 7. | Custodian | Custodial 529 Accounts, Nos. 1, 2 |
| 8. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 2012 | Duane Morris LLP Retirememt Plan (former law firm); no control |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Exempt | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Crawford, Karen S. | 07/24/2012 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☐ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1.  Exempt | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Crawford, Karen S. | 07/24/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Trust Acct. No. 1 (Vanguard) | A | Interest | J | T | Exempt | | | | |
| 2. - Prime Money Mkt Fund | | | | | | | | | |
| 3. - Total International Stock Ix Admiral | | | | | | | | | |
| 4. - Total Stock Market Index Ammiral | | | | | | | | | |
| 5. Trust Acct. No. 2 (Vanguard) | A | Interest | O | T | | | | | |
| 6. - Ca. Tax Exempt Money Market | | | | | | | | | |
| 7. - Prime Money Market Fund | | | | | | | | | |
| 8. - Total International Stock Admiral | | | | | | | | | |
| 9. - Total Bond Market Index Adm | | | | | | | | | |
| 10. - Total Stock Market Index Adm | | | | | | | | | |
| 11. Custodial Acct. No. 1 (American Funds) | C | Interest | M | T | | | | | |
| 12. - Money Market Fund-529A | | | | | | | | | |
| 13. - Bond Fund of America-529A | | | | | | | | | |
| 14. - Capital World Growth and Income Fund-529A | | | | | | | | | |
| 15. - Growth Fund of America-529A | | | | | | | | | |
| 16. - Income Fund of America-529A | | | | | | | | | |
| 17. - Intermediate Bond Fund of America-529A | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Crawford, Karen S. | 07/24/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18.  - Investment Company of America-529A | | | | | | | | | |
| 19.  - New Perspective Fund-529A | | | | | | | | | |
| 20.  - New World Fund-529A | | | | | | | | | |
| 21.  - SMALLCAP World Fund-529A | | | | | | | | | |
| 22.  - Washington Mutual Investors Fund-529A | | | | | | | | | |
| 23.  Custodial Acct.No. 2 (American Funds) | C | Interest | M | T | | | | | |
| 24.  - New Growth Fund of America-529A | | | | | | | | | |
| 25.  - New Perspective Fund-529A | | | | | | | | | |
| 26.  - New World Fund 529A | | | | | | | | | |
| 27.  - SMALLCAP World Fund-529A | | | | | | | | | |
| 28.  - Investment Co of America-529A | | | | | | | | | |
| 29.  - Capital World Growth and Income-529A | | | | | | | | | |
| 30.  - Income Fund of America-529A | | | | | | | | | |
| 31.  - Bond Fund of America-529A | | | | | | | | | |
| 32.  - Intermediate Bond Fund-529A | | | | | | | | | |
| 33.  Ca. Tax Exempt Money Market | A | Interest | M | T | | | | | |
| 34.  TIAA/CREF IRA No. 1 | C | Interest | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Crawford, Karen S. | 07/24/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. - TIAA/CREF Traditional | | | | | | | | | |
| 36. - TIAA/CREF - CREF Global Equities | | | | | | | | | |
| 37. Retirement Account IRA No. 2 | E | Interest | M | T | | | | | |
| 38. - Dodge & Cox Balanced | | | | | | | | | |
| 39. Retirement Account IRA No. 3 | B | Interest | M | T | | | | | |
| 40. - Hotchkis and Wiley Large Cap Value | | | | | | | | | |
| 41. - Janus I | | | | | | | | | |
| 42. - Turner Large Growth Institutional | | | | | | | | | |
| 43. - Baron Growth Institutional | | | | | | | | | |
| 44. - Ivy Mid Cap Growth I | | | | | | | | | |
| 45. - Royce Opp. Svc. | | | | | | | | | |
| 46. - First Eagle Overseas A | | | | | | | | | |
| 47. - Janus Overseas I | | | | | | | | | |
| 48. - Dodge & Cox Balanced | | | | | | | | | |
| 49. - BlackRock Low Duration Bd Insititutional | | | | | | | | | |
| 50. - Metropolitan West Total Return Bond | | | | | | | | | |
| 51. - Schwab Value Advantage Monety Isstitutional | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Crawford, Karen S. | 07/24/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Retirement Account IRA No. 4 | E | Interest | M | T | | | | | |
| 53. - S&P 500 TR Index | | | | | | | | | |
| 54. - Russell 2000 TR USD Index | | | | | | | | | |
| 55. Mass Mutual Life Ins. | A | Interest | J | T | | | | | |
| 56. ING Life Ins. | | None | J | T | | | | | |
| 57. Chase Cash Account | | None | L | T | | | | | |
| 58. Brokerage Account #1 | | | | | | | | | |
| 59. -BRKB BERKSHIRE HATHAWAY INC-DE | | None | J | T | | | | | |
| 60. -BAM BROOKFIELD ASSET MGMT INC COM | A | Dividend | J | T | | | | | |
| 61. -COSWF CANADIAN OIL SANDS TR | A | Dividend | | | | | | | |
| 62. - Cash (TD Bank USA FDIC ins. dep.) and cash | A | Interest | J | T | | | | | |
| 63. -CX Cemex, S.A.B. De C.V. Sponsored | | None | J | T | | | | | |
| 64. -DELL DELL COMPUTER CORP | | None | J | T | | | | | |
| 65. -DEO DIAGEO PLC-SPONSORED | A | Dividend | J | T | | | | | |
| 66. -GE GENERAL ELECTRIC CO | A | Dividend | J | T | | | | | |
| 67. -L LOEWS CORPORATION | A | Dividend | J | T | | | | | |
| 68. -MSFT Microsoft Corporation | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Crawford, Karen S. | 07/24/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. -NSRGY NESTLE SA SPONSORED | A | Dividend | J | T | | | | | |
| 70. - Cash (TD Bank USA FDIC ins. dep.) and cash | A | Interest | J | T | | | | | |
| 71. Brokerage Account #2 | | | | | | | | | |
| 72. - Cash (TD Bank USA FDIC ins. dep.) and cash | A | Interest | J | T | | | | | |
| 73. Brokerage Account #3 | | | | | | | | | |
| 74. - Cash (TD Bank USA FDIC ins. dep.) and cash | A | Interest | J | T | | | | | |
| 75. Brokerage Account #4 | | | | | | | | | |
| 76. -BRKB BERKSHIRE HATHAWAY INC-DE | | None | J | T | | | | | |
| 77. -BAM BROOKFIELD ASSET MGMT INC COM | A | Dividend | J | T | | | | | |
| 78. - Cash (TD Bank USA FDIC ins. dep.) and cash | A | Interest | J | T | | | | | |
| 79. -COSWF CANADIAN OIL SANDS TR | A | Dividend | | | | | | | |
| 80. -CX Cemex, S.A.B. De C.V. Sponsored | A | Dividend | J | T | | | | | |
| 81. -DELL DELL COMPUTER CORP | | None | J | T | | | | | |
| 82. -DEO DIAGEO PLC-SPONSORED | A | Dividend | J | T | | | | | |
| 83. -GE GENERAL ELECTRIC CO | A | Dividend | J | T | | | | | |
| 84. -L LOEWS CORPORATION | A | Dividend | J | T | | | | | |
| 85. -MSFT Microsoft Corporation | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Crawford, Karen S. | 07/24/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end<br>of reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.,<br>div., rent,<br>or int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 86. -NSRGY NESTLE SA SPONSORED | A | Dividend | J | T | | | | | |
| 87. Brokerage Account #5 | | | | | | | | | |
| 88. - Cash (TD Bank USA FDIC ins. dep.) and cash | A | Interest | J | T | | | | | |
| 89. Brokerage Account #6 | | | | | | | | | |
| 90. - Cash (TD Bank USA FDIC ins. dep.) and cash | A | Interest | J | T | | | | | |
| 91. Brokerage Account #7 | | | | | | | | | |
| 92. -ACL Alcon Inc Com | | None | | | | | | | |
| 93. -ALL Allstate Corp. | A | Dividend | | | | | | | |
| 94. -MO ALTRIA GROUP INC | A | Dividend | J | T | | | | | |
| 95. -AMZN Amazon.com Inc. | | None | | | | | | | |
| 96. -AMCRY AMCOR LIMITED SPON ADR | | None | | | | | | | |
| 97. -ADI ANALOG DEVICES INC | | None | | | | | | | |
| 98. -AAPL Apple Inc. | | None | K | T | | | | | |
| 99. -AZN ASTRAZENECA PLC SPONSORED ADR | | None | | | | | | | |
| 100. -T AT&T | | None | | | | | | | |
| 101. -STD BANCO DE SANTANDER SOCIEDAD ANONIMA | | None | | | | | | | |
| 102. -ABX Barrick Gold Corporation | | None | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Crawford, Karen S. | 07/24/2012 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. -BRKB BERKSHIRE HATHAWAY INC-DE | | None | M | T | | | | | |
| 104. -BRGYY BG PLC ADR common stock | | None | | | | | | | |
| 105. -BP Bp Plc | A | Dividend | | | | | | | |
| 106. -BRCM Broadcom Corp. | A | Dividend | | | | | | | |
| 107. -BAM BROOKFIELD ASSET MGMT INC COM | A | Dividend | | | | | | | |
| 108. -BG Bunge Ltd Com | A | Dividend | | | | | | | |
| 109. -CVC CABLEVISION SYSTEMS CORP-CL A CABLEVISION NY GROUP COM | A | Dividend | | | | | | | |
| 110. -CAM Cameron International Corp Com | | None | | | | | | | |
| 111. -COSWF CANADIAN OIL SANDS TR NEW UNIT | B | Dividend | J | T | | | | | |
| 112. -CAJ Canon Inc. | A | Dividend | | | | | | | |
| 113. - Cash (TD Bank USA FDIC ins. dep.) and cash | A | Interest | M | T | | | | | |
| 114. -CAT Caterpillar Inc. | A | Dividend | | | | | | | |
| 115. -CX Cemex, S.A.B. De C.V. Sponsored | A | Dividend | K | T | | | | | |
| 116. -CF Cf Industries Holdings Inc Com | A | Dividend | | | | | | | |
| 117. -C Citigroup Inc Com | A | Dividend | | | | | | | |
| 118. -KO COCA COLA CO | A | Dividend | J | T | | | | | |
| 119. -CMCSA Comcast Corp Com Cl A | A | Dividend | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Crawford, Karen S. | 07/24/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. -COP CONOCOPHILLIPS | A | Dividend | | | | | | | |
| 121. -STZ Constellation Brands Inc Cl A | | None | | | | | | | |
| 122. -COST Costco Wholesale | A | Dividend | | | | | | | |
| 123. -DHR Danaher Corp Del Com | A | Dividend | | | | | | | |
| 124. -DELL DELL COMPUTER CORP | | None | K | T | | | | | |
| 125. -DVN Devon Energy | A | Dividend | | | | | | | |
| 126. -DEO DIAGEO PLC-SPONSORED ADR NEW REPSTG 4 ORD SHS | B | Dividend | K | T | | | | | |
| 127. -DOW Dow Chemical Co. | A | Dividend | | | | | | | |
| 128. -ETN EATON CORP | | None | | | | | | | |
| 129. -EMC EMC CORP-MASS | | None | | | | | | | |
| 130. -EL Estee Lauder Companies Com Cl A | | None | | | | | | | |
| 131. -XOM Exxon Mobil Corporation Com | A | Dividend | J | T | | | | | |
| 132. -FRFHF Fairfax Financial Com | B | Dividend | | | | | | | |
| 133. -F FORD MOTOR CO DEL PAR $0.01 | | None | | | | | | | |
| 134. -FCEA FOREST CITY ENTERPRISES I | | None | | | | | | | |
| 135. -FBRWY FOSTERS GROUP LTD ADR | | None | | | | | | | |
| 136. -FCX Freeport Mcmoran Copper & Gold Cl B | A | Dividend | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Crawford, Karen S. | 07/24/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. -GE GENERAL ELECTRIC CO | A | Dividend | J | T | | | | | |
| 138. -GENZ GENZYME CORP GENERALDIVISION | | None | | | | | | | |
| 139. -GSK Glaxosmithkline Plc | A | Dividend | | | | | | | |
| 140. -GS GOLDMAN SACHS GROUP INC | A | Dividend | | | | | | | |
| 141. -GR Goodrich Corp Com | | None | | | | | | | |
| 142. -GOOG Google Inc Cl A | | None | | | | | | | |
| 143. -HAL Halliburton Company | A | Dividend | | | | | | | |
| 144. -HAS Hasbro Inc Com | A | Dividend | | | | | | | |
| 145. -HES Hess Corporation Com | A | Dividend | | | | | | | |
| 146. -HON HONEYWELL INTL INC | A | Dividend | | | | | | | |
| 147. -HSNI Hsn Inc Com | | None | | | | | | | |
| 148. -HUWHY Hutchison Whampoa Ltd Adr | A | Dividend | J | T | | | | | |
| 149. -ING Ing Groep Nv | | None | | | | | | | |
| 150. -IR Ingersoll-rand Plc | A | Dividend | | | | | | | |
| 151. -INTC Intel Corp. | | None | | | | | | | |
| 152. -IBM Intl Business Machines Com | A | Dividend | | | | | | | |
| 153. -IVN Ivanhoe Mines Ltd Can Com | | None | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Crawford, Karen S. | 07/24/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. -JNJ Johnson & Johnson | | None | | | | | | | |
| 155. -JCI Johnson Ctls Inc Com | A | Dividend | | | | | | | |
| 156. -JPM Jpmorgan Chase & Co | A | Dividend | | | | | | | |
| 157. -KCRPY KAO CORP ADR | | None | | | | | | | |
| 158. -LUK LEUCADIA NATL CORP | A | Dividend | K | T | | | | | |
| 159. -L LOEWS CORPORATION | A | Dividend | K | T | | | | | |
| 160. -MTB M & T Bank Corporation Com | | None | | | | | | | |
| 161. -MKL MARKEL CP COM | | None | K | T | | | | | |
| 162. -MAR MARRIOTT INTERNATIONAL INC NEW | A | Dividend | | | | | | | |
| 163. -MCD Mcdonalds Corp Com | | None | | | | | | | |
| 164. -MHP Mcgraw-hill Companies Inc Com | A | Dividend | | | | | | | |
| 165. -MSFT Microsoft Corporation | C | Dividend | L | T | | | | | |
| 166. -NBR Nabors Industries Ltd. | | None | J | T | | | | | |
| 167. -NSRGY NESTLE SA SPONSORED ADRS REGISTERED | C | Dividend | K | T | | | | | |
| 168. -NYB New York Community Bancorp Com | | None | | | | | | | |
| 169. -NFX Newfield Exploration Co Com | | None | | | | | | | |
| 170. -NWSA NEWS CORP LTD-SPONSORED A SHS | A | Dividend | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Crawford, Karen S. | 07/24/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. -NBL Noble Energy Inc Com | A | Dividend | | | | | | | |
| 172. -NVS Novartis Ag | | None | | | | | | | |
| 173. -NVO Novo Nordisk A/s Common Stock | A | Dividend | | | | | | | |
| 174. -OXY Occidental Petroleum Corporatio | A | Dividend | | | | | | | |
| 175. -ORCL Oracle Corp Com | A | Dividend | J | T | | | | | |
| 176. -PH PARKER HANNIFIN CORP | | None | | | | | | | |
| 177. -PEP Pepsico, Inc. | A | Dividend | | | | | | | |
| 178. -PFE Pfizer, Inc. Common Stock | A | Dividend | | | | | | | |
| 179. -PM PHILIP MORRIS INTL COM | A | Dividend | K | T | | | | | |
| 180. -PXD Pioneer Natural Resources Compa | A | Dividend | L | T | | | | | |
| 181. -PG PROCTER & GAMBLE CO | A | Dividend | | | | | | | |
| 182. -RCL Royal Caribbean Cruises Ltd Co M | | None | | | | | | | |
| 183. -RDSA ROYAL DUTCH SHELL PLC SPONSORED ADR REPSTG A SHS | A | Dividend | | | | | | | |
| 184. -SLB Schlumberger Ltd Com | A | Dividend | | | | | | | |
| 185. -SHLD SEARS ROEBUCK & CO | | None | | | | | | | |
| 186. -SGAPY SINGAPORE TELECOMMUNICAT-ADR | A | Dividend | | | | | | | |
| 187. -GLD Spdr Gold Tr Gold Shs Etf | | None | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Crawford, Karen S. | 07/24/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. -STJ St Jude Med Inc Com | | None | | | | | | | |
| 189. -TSM Taiwan Semiconductor Manufacturing Co. Ltd. | | None | | | | | | | |
| 190. -TKPYY Takeda Pharmaceutical Co Ltd S Ponsored Adr | | None | | | | | | | |
| 191. -TGT TARGET CORP | A | Dividend | | | | | | | |
| 192. -TEVA TEVA PHARMACEUTICAL INDUSTRIES LTD-ADR | | None | | | | | | | |
| 193. -HD The Home Depot, Inc | | None | | | | | | | |
| 194. -JOE The St. Joe Company | | None | | | | | | | |
| 195. -TWC Time Warner Cable Inc Com | A | Dividend | | | | | | | |
| 196. -TWX Time Warner Inc. | A | Dividend | | | | | | | |
| 197. -TKOMY TOKIO MARINE HOLDINGS INC SPON | A | Dividend | | | | | | | |
| 198. -TYIDF TOYOTA INDUSTRIES | A | Dividend | | | | | | | |
| 199. -TM Toyota Motor Corp. | A | Dividend | | | | | | | |
| 200. -TRV TRAVELERS GROUP INC FORMERLY TRAVELERS | | None | | | | | | | |
| 201. -TEL TYCO ELECTRONICS LTD COM | | None | | | | | | | |
| 202. -UL Unilever Plc | A | Dividend | | | | | | | |
| 203. -UPS United Parcel Service, Inc. | | None | | | | | | | |
| 204. -UTX UNITED TECHNOLOGIES CORP | | None | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205. -VOD Vodafone Group Plc | A | Dividend | | | | | | | |
| 206. -WMT Wal-mart Stores Com | B | Dividend | L | T | | | | | |
| 207. -WFT Weatherford International Ltd. | | None | | | | | | | |
| 208. -WFC Wells Fargo & Company | A | Dividend | | | | | | | |
| 209. -XRX Xerox Corp. | A | Dividend | | | | | | | |
| 210. -YUM YUM BRANDS | A | Dividend | K | T | | | | | |
| 211. Brokerage Account #8 | | | | | | | | | |
| 212. -ACL Alcon Inc Com | | None | | | | | | | |
| 213. -MO ALTRIA GROUP INC | A | Dividend | J | T | | | | | |
| 214. -AMZN Amazon.com Inc. | | None | | | | | | | |
| 215. -AAPL Apple Inc. | | None | K | T | | | | | |
| 216. -AZN ASTRAZENECA PLC SPONSORED ADR | A | Dividend | | | | | | | |
| 217. -BRKB BERKSHIRE HATHAWAY INC-DE | | None | M | T | | | | | |
| 218. -BRCM Broadcom Corp. | A | Dividend | | | | | | | |
| 219. -BAM BROOKFIELD ASSET MGMT INC COM | B | Dividend | M | T | | | | | |
| 220. -BG Bunge Ltd Com | A | Dividend | | | | | | | |
| 221. -CVC CABLEVISION SYSTEMS CORP-CL A CABLEVISION NY GROUP COM | A | Dividend | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Crawford, Karen S. | 07/24/2012 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 222. -CAM Cameron International Corp Com | | None | | | | | | | |
| 223. -COSWF CANADIAN OIL SANDS TR NEW UNIT | C | Dividend | L | T | | | | | |
| 224. -CAJ Canon Inc. | A | Dividend | | | | | | | |
| 225. - Cash (TD Bank USA FDIC ins. dep.) and cash | A | Interest | M | T | | | | | |
| 226. -CELG Celgene Corp Com | | None | | | | | | | |
| 227. -CX Cemex, S.A.B. De C.V. Sponsored | | None | J | T | | | | | |
| 228. -CTL CENTURY TEL ENTERPRISES INC CO M | | None | | | | | | | |
| 229. -CF Cf Industries Holdings Inc Com | A | Dividend | | | | | | | |
| 230. -C Citigroup Inc Com | A | Dividend | | | | | | | |
| 231. -CMCSA Comcast Corp Com Cl A | A | Dividend | | | | | | | |
| 232. -COP CONOCOPHILLIPS | A | Dividend | | | | | | | |
| 233. -STZ Constellation Brands Inc Cl A | | None | | | | | | | |
| 234. -CBE Cooper Industries Plc Ord | A | Dividend | | | | | | | |
| 235. -GLW Corning Inc Cm | | None | | | | | | | |
| 236. -COST Costco Wholesale | A | Dividend | | | | | | | |
| 237. -DHR Danaher Corp Del Com | A | Dividend | | | | | | | |
| 238. -DELL DELL COMPUTER CORP | | None | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 239. -DVN Devon Energy | A | Dividend | | | | | | | |
| 240. -DEO DIAGEO PLC-SPONSORED ADR NEW REPSTG 4 ORD SHS | B | Dividend | L | T | | | | | |
| 241. -DOW Dow Chemical Co. | A | Dividend | | | | | | | |
| 242. -ETN EATON CORP | | None | | | | | | | |
| 243. -EMC EMC CORP-MASS | | None | | | | | | | |
| 244. -ESV Ensco Plc Adr Com | A | Dividend | | | | | | | |
| 245. -FRFHF Fairfax Financial Com | A | Dividend | | | | | | | |
| 246. -F FORD MOTOR CO DEL PAR $0.01 | | None | | | | | | | |
| 247. -FCEA FOREST CITY ENTERPRISES I | | None | L | T | | | | | |
| 248. -FCX Freeport Mcmoran Copper & Gold Cl B | A | Dividend | | | | | | | |
| 249. -GCI GANNETT INC COM | A | Dividend | | | | | | | |
| 250. -GE GENERAL ELECTRIC CO | A | Dividend | K | T | | | | | |
| 251. -GS GOLDMAN SACHS GROUP INC | A | Dividend | | | | | | | |
| 252. -GR Goodrich Corp Com | | None | | | | | | | |
| 253. -GOOG Google Inc Cl A | | None | | | | | | | |
| 254. -HES Hess Corporation Com | A | Dividend | | | | | | | |
| 255. -HON HONEYWELL INTL INC | A | Dividend | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Crawford, Karen S. | 07/24/2012 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 256. -HUWHY Hutchison Whampoa Ltd Adr | A | Dividend | J | T | | | | | |
| 257. -IR Ingersoll-rand Plc | A | Dividend | | | | | | | |
| 258. -INTC Intel Corp. | | None | | | | | | | |
| 259. -IVSBF Investor Ab Cl B Ord | A | Dividend | | | | | | | |
| 260. -JNJ Johnson & Johnson | | None | | | | | | | |
| 261. -JCI Johnson Ctls Inc Com | A | Dividend | | | | | | | |
| 262. -JPM Jpmorgan Chase & Co | A | Dividend | | | | | | | |
| 263. -KSS Kohls Corp Com | | None | | | | | | | |
| 264. -LEA LEAR CORP | | None | | | | | | | |
| 265. -LUK LEUCADIA NATL CORP | A | Dividend | | | | | | | |
| 266. -L LOEWS CORPORATION | A | Dividend | K | T | | | | | |
| 267. -MRO Marathon Oil Corporation | A | Dividend | | | | | | | |
| 268. -MKL MARKEL CP COM | | None | K | T | | | | | |
| 269. -MSFT Microsoft Corporation | C | Dividend | K | T | | | | | |
| 270. -MOT Motorola Inc Com | | None | | | | | | | |
| 271. -NBR Nabors Industries Ltd. | | None | | | | | | | |
| 272. -NSRGY NESTLE SA SPONSORED ADRS REGISTERED | B | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Crawford, Karen S. | 07/24/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 273. -NYB New York Community Bancorp Com | | None | | | | | | | |
| 274. -NFX Newfield Exploration Co Com | | None | | | | | | | |
| 275. -NWSA NEWS CORP LTD-SPONSORED A SHS | | None | | | | | | | |
| 276. -NBL Noble Energy Inc Com | A | Dividend | | | | | | | |
| 277. -NVDA Nvidia Corporation | | None | | | | | | | |
| 278. -OXY Occidental Petroleum Corporatio | A | Dividend | | | | | | | |
| 279. -ORCL Oracle Corp Com | A | Dividend | J | T | | | | | |
| 280. -PH PARKER HANNIFIN CORP | A | Dividend | | | | | | | |
| 281. -PFE Pfizer, Inc. Common Stock | A | Dividend | | | | | | | |
| 282. -PM PHILIP MORRIS INTL COM | A | Dividend | J | T | | | | | |
| 283. -PXD Pioneer Natural Resources Compa | A | Dividend | K | T | | | | | |
| 284. -PG PROCTER & GAMBLE CO | A | Dividend | | | | | | | |
| 285. -RCL Royal Caribbean Cruises Ltd Co M | | None | | | | | | | |
| 286. -RDSA ROYAL DUTCH SHELL PLC SPONSORED ADR REPSTG A SHS | A | Dividend | | | | | | | |
| 287. -SLB Schlumberger Ltd Com | A | Dividend | | | | | | | |
| 288. -SHLD SEARS ROEBUCK & CO | | None | | | | | | | |
| 289. -SGAPY SINGAPORE TELECOMMUNICAT-ADR | A | Dividend | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Crawford, Karen S. | 07/24/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 290. -GLD Spdr Gold Tr Gold Shs Etf | | None | | | | | | | |
| 291. -STJ St Jude Med Inc Com | | None | | | | | | | |
| 292. -TSM Taiwan Semiconductor Manufacturing Co. Ltd. | | None | | | | | | | |
| 293. -TKPYY Takeda Pharmaceutical Co Ltd S Ponsored Adr | | None | | | | | | | |
| 294. -TGT TARGET CORP | A | Dividend | | | | | | | |
| 295. -HD The Home Depot, Inc | | None | | | | | | | |
| 296. -JOE The St. Joe Company | | None | | | | | | | |
| 297. -TWC Time Warner Cable Inc Com | A | Dividend | | | | | | | |
| 298. -TWX Time Warner Inc. | A | Dividend | | | | | | | |
| 299. -TKOMY TOKIO MARINE HOLDINGS INC SPON | A | Dividend | | | | | | | |
| 300. -TYIDF TOYOTA INDUSTRIES | B | Dividend | | | | | | | |
| 301. -TM Toyota Motor Corp. | A | Dividend | | | | | | | |
| 302. -TRV TRAVELERS GROUP INC FORMERLY TRAVELERS | | None | | | | | | | |
| 303. -TEL TYCO ELECTRONICS LTD COM | | None | | | | | | | |
| 304. -UL Unilever Plc | A | Dividend | | | | | | | |
| 305. -UPS United Parcel Service, Inc. | | None | | | | | | | |
| 306. -UTX UNITED TECHNOLOGIES CORP | | None | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 307. -VOD Vodafone Group Plc | A | Dividend | | | | | | | |
| 308. -WMT Wal-mart Stores Com | A | Dividend | K | T | | | | | |
| 309. -WFT Weatherford International Ltd. | | None | | | | | | | |
| 310. -WFC Wells Fargo & Company | A | Dividend | | | | | | | |
| 311. -XRX Xerox Corp. | A | Dividend | | | | | | | |
| 312. -YUM YUM BRANDS | A | Dividend | K | T | | | | | |
| 313. Brokerage Account #9 | | | | | | | | | |
| 314. MO ALTRIA GROUP INC | C | Dividend | K | T | | | | | |
| 315. -BRKB BERKSHIRE HATHAWAY INC-DE | | None | L | T | | | | | |
| 316. - Cash (TD Bank USA FDIC ins. dep.) and cash | A | Interest | L | T | | | | | |
| 317. -CX Cemex, S.A.B. De C.V. Sponsored | A | Dividend | K | T | | | | | |
| 318. -C Citigroup Inc Com | A | Dividend | | | | | | | |
| 319. -KO COCA COLA CO | B | Dividend | K | T | | | | | |
| 320. -DNVYX Davis NY Venture Y - mutual fund | | None | | | | | | | |
| 321. -DELL DELL COMPUTER CORP | | None | K | T | | | | | |
| 322. -DEO DIAGEO PLC-SPONSORED ADR NEW REPSTG 4 ORD SHS | B | Dividend | K | T | | | | | |
| 323. -XOM Exxon Mobil Corporation Com | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Crawford, Karen S. | 07/24/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 324.  -FCEA FOREST CITY ENTERPRISES I | | None | K | T | | | | | |
| 325.  -GE GENERAL ELECTRIC CO | A | Dividend | K | T | | | | | |
| 326.  -HUWHY Hutchison Whampoa Ltd Adr | A | Dividend | J | T | | | | | |
| 327.  -JNJ Johnson & Johnson | | None | | | | | | | |
| 328.  -LUK LEUCADIA NATL CORP | A | Dividend | K | T | | | | | |
| 329.  -L LOEWS CORPORATION | A | Dividend | K | T | | | | | |
| 330.  -MSFT Microsoft Corporation | B | Dividend | L | T | | | | | |
| 331.  -NBR Nabors Industries Ltd. | | None | J | T | | | | | |
| 332.  -ORCL Oracle Corp Com | | None | J | T | | | | | |
| 333.  -PFE Pfizer, Inc. Common Stock | A | Dividend | | | | | | | |
| 334.  -PM PHILIP MORRIS INTL COM | D | Dividend | M | T | | | | | |
| 335.  -PXD Pioneer Natural Resources Compa | A | Dividend | J | T | | | | | |
| 336.  -PG PROCTER & GAMBLE CO | | None | | | | | | | |
| 337.  -TBT Proshares Ultrashort Lehman 20 Yr Treas - ETF | | None | | | | | | | |
| 338.  -RDSA ROYAL DUTCH SHELL PLC SPONSORED ADR REPSTG A SHS | A | Dividend | | | | | | | |
| 339.  -SHLD SEARS ROEBUCK & CO | | None | K | T | | | | | |
| 340.  Treasury Bonds - TIPS | B | Interest | M | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Crawford, Karen S. | 07/24/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 341. -WMT Wal-mart Stores Com | B | Dividend | L | T | | | | | |
| 342. | | | | | | | | | |
| 343. | | | | | | | | | |
| 344. | | | | | | | | | |
| 345. | | | | | | | | | |
| 346. | | | | | | | | | |
| 347. | | | | | | | | | |
| 348. | | | | | | | | | |
| 349. | | | | | | | | | |
| 350. | | | | | | | | | |
| 351. | | | | | | | | | |
| 352. | | | | | | | | | |
| 353. | | | | | | | | | |
| 354. | | | | | | | | | |
| 355. | | | | | | | | | |
| 356. | | | | | | | | | |
| 357. | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Not listed:

Part I, line 6: The assets within Trust Nos. 3 and 4 are not reportable, as they fall within the exception set forth in Section 102(e)(1)(E) of the Ethics in Government Act of 1978. These trusts were created by others, for the benefit of third parties. The filer's designation as a "trustee" for these trusts is consistent with the controlling Canon of Judicial Conduct, No. 4(E). The filer does not have "fiduciary authority" over the assets within the trusts and, in fact, the filer has no knowledge of the contents of these trusts or control over investment decisions. Those matters, per the governing trust documents, are within the sole discretion of the beneficiary of each trust. The filer's sole obligation as "trustee" is, in the event that the beneficiary wishes to withdraw an amount in excess of the value permitted by the trust documents, to cast a vote as to whether the excess withdrawal should be permitted. If the filer and the filer's "co-trustee" both object to the excess withdrawal, then the withdrawal value set forth in the trust document remains controlling.

The filer has a contingent interest in a partnership containing real estate assets. At such time as the contingency is removed, those items will be added to the filer's report.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ **Karen S. Crawford**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544